IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF, | )<br>)<br>) |
| v. | ) CASE NO. A-09-CA-667-LY<br>) USAO NO. 2009A73288<br>) |
| DAVID F. OWEN,<br>DEFENDANT. | )<br>)<br>) |

## FINAL DEFAULT JUDGMENT

The Plaintiff in this action, the United States of America, having moved this Court pursuant to Rules 55(a) and (b)(1), Federal Rules of Civil Procedure, for entry of a default and default judgment against Defendant David F. Owen, and it having appeared by competent proof that entry of default and default judgment is proper, it is this day,

ORDERED, ADJUDGED and DECREED that Plaintiff UNITED STATES OF AMERICA have and recover of and from Defendant David F. Owen, judgment for $45,880.65 (representing $25,141.08 principal, administrative costs of $0.00, and interest of $20,739.57 accrued through 03/18/2009). Interest is awarded at the rate of $3.52 per day from March 19, 2009 until the date of judgment, plus post-judgment interest at the rate of __0.41__ percent per annum until paid in full, to be compounded annually pursuant to the provisions of 28 U.S.C. § 1961(b), plus all costs of court, for which let execution issue.

SIGNED this __25th__ day of __March__, __2010__

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

civil\304.wp